FILED
JAN 3 0 2019
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DARYL SHARP, )
)
    Plaintiff, )
)
v. ) Civil Action No.: 1:19-cv-00153 (UNA)
)
)
TIMOTHY DOLAN, *et al.*, )
)
    Defendants. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and motion for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* motion [2] and the complaint [1] will be dismissed without prejudice.

The instant complaint is substantially similar, if not identical, to others filed by plaintiff in two other recent lawsuits, *see Sharp v. Dolan*, No. 18-cv-1411 (D.D.C. July 30, 2018), *aff'd*, No. 18-7128 (D.C. Cir. Nov. 26, 2018); *see also Sharp v. Dolan*, No. 19-cv-00048 (D.D.C. Jan. 10, 2019). Therefore, this matter will be dismissed as duplicative.

Additionally, as part of the instant complaint, plaintiff includes a request to renew "Case Number 18-7128." There is no identifiable case with this number filed in this Court. He also includes a request to renew Case No. 19-cv-00048. This exact motion was already filed in *Sharp*, No. 19-cv-00048, *see* ECF No. 7, and plaintiff's request for relief was denied therein, *see* ECF No. 11. Here, plaintiff's requests to renew are thus denied.

An Order is issued separately.

/s/
United States District Judge

Date: January 26, 2019